McLANAHAN (NELLIS v.). See Case No. 10,099.

McLANE (GWATHNEY v.). See Case No. 5,882.

McLANE (MURRAY v.). See Case No. 9,-964.

McLAREN (HARRISON v.). See Case No. 6,139.

---

## Case No. 8,870.

### McLARNS' CASE.

[Cited in U. S. v. Holly, Case No. 15,381. Nowhere reported; opinion not now accessible.]